Slip Op. 07-49

UNITED STATES COURT OF INTERNATIONAL TRADE

```
-----------------------------x
FAIRMONT DESIGNS, INC.,           :
DONGGUAN SUNRISE FURNITURE        :
CO., TAICANG SUNRISE WOOD         :
INDUSTRY CO., LTD. AND            :
SHANGHAI SUNRISE FURNITURE        :
CO., LTD.                         :
                                  :
            Plaintiffs,           :
                                  :    Before: Pogue, Judge
          v.                      :    Court No. 06-00249
                                  :
UNITED STATES,                    :
                                  :
            Defendant,            :
                                  :
AMERICAN FURNITURE MFRS.          :
COMM. FOR LEGAL TRADE             :
                                  :
            Defendant-            :
              Intervenors.        :
                                  :
-----------------------------x
```

**AMENDED JUDGMENT**

Upon consideration of Plaintiffs' Motion for Reconsideration, and all other pertinent papers, and after due deliberation, it is hereby

**ORDERED** that Plaintiffs' Motion for Reconsideration is granted only insofar as reflected in this amended judgment; it is otherwise denied in all respects; and it is further

**ORDERED** that Defendant's Motion to Dismiss is granted; and it is further

**ORDERED** that this action is dismissed; and it is further

**ORDERED** that the preliminary injunction is to be dissolved in accordance with its terms.


                                              /s/ Donald C. Pogue
                                         Donald C. Pogue, Judge



Dated:      March 28, 2007
            New York, New York